

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Terry Smith v. The State of Texas

Appellate case numbers:  01-12-00661-CR, 01-12-00662-CR, 01-12-00663-CR

Trial court case number:  10DCR055807A (Counts I, II, III)

Trial court:              400th District Court of Fort Bend County

     Appellant's motion for en banc reconsideration is denied.

     It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                 Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: April 10, 2014